UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN WILSON COWAN,<br><br>    *Plaintiff,*<br><br>    v.<br><br>FEDERAL COMMUNICATIONS COMMISSION*,*<br><br>    *Defendant.* | Civil Action No. 21-0895 (RMM) |

## PROPOSED SCHEDULE FOR SUBMITTING RENEWED MOTIONS FOR SUMMARY JUDGMENT

The Court on September 15, 2022, denied without prejudice Ms. Wilson's revised motion for summary judgement and the FCC's cross motion for summary judgment. The Court ordered the parties to confer and submit a proposed schedule for submitting renewed motions for summary judgment. The Parties have conferred and jointly propose the following schedule for briefing:

| | |
|---|---|
| December 1, 2022: | Defendant's Motion for Summary Judgment |
| January 5, 2023: | Plaintiff's Opposition and Cross Motion[1] |
| January 19, 2023: | Defendant's Opposition and Reply |
| February 9, 2023: | Plaintiff's Reply |

The Parties respectfully request that the Court enter a scheduling order for the resolution of this case consistent with the Parties' proposal for briefing. A proposed order accompanies this filing.

---

[1] The Parties agree that should Plaintiff request additional time, not to exceed two weeks, to submit her Opposition and Cross Motion, Defendant will consent to a motion seeking an extension of time and the briefing schedule will be adjusted accordingly.

Dated: September 28, 2022 　　　　Respectfully submitted,

MATTHEW M. GRAVES
DC Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *Dedra S. Curteman*
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*

/s/*Arthur Belendiuk*
Arthur Belendiuk
Smithwick & Belendiuk, P.C.
5028 Wisconsin Avenue, N.W., Suite 301
Washington, D.C. 20016
(202) 363-4559
abelendiuk@fccworld.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN WILSON COWAN, ) ) *Plaintiff,* ) ) v. ) ) FEDERAL COMMUNICATIONS ) COMMISSION, ) ) *Defendant.* ) ) | Civil Action No. 21-0895 (RMM) |

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Joint Status Report. Upon consideration of the Joint Status Report and the entire record herein, it is hereby

**ORDERED** that the Court's July 15, 2021 Scheduling Order is amended as follows:

   December 1, 2022:   Defendant's Motion for Summary Judgment

   January 5, 2023:    Plaintiff's Opposition and Cross Motion

   January 19, 2023:   Defendant's Opposition and Reply

   February 9, 2023:   Plaintiff's Reply

**SO ORDERED.**


Date: _____          _____
                                      Robin M. Merriweather
                                      United States Magistrate Judge