UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN WILSON COWAN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>FEDERAL COMMUNICATIONS )<br>COMMISSION, )<br>)<br>*Defendant.* )<br>) | Civil Action No. 21-0895 (RMM) |

## CONSENT MOTION FOR STAY OF PROCEEDINGS

In this Freedom of Information Act ("FOIA") case, Plaintiff challenges Defendant's various redactions and withholdings made pursuant to FOIA. Defendant, by and through undersigned counsel, respectfully moves, pursuant to Federal Rules of Civil Procedure Rule ("Rule") 7(b) for a stay of proceedings for 30 days, to February 6, 2023. Pursuant to Local Civil Rule 7(m), the undersigned has conferred with Plaintiff's counsel, who has graciously consented to the relief sought.

Following this Court's denial of Defendant's motion for summary judgment, this Court entered a scheduling order for the filing of Defendant's renewed motion for summary judgment. *See* Oct. 13, 2022 Order. Thereafter, the Court granted Defendant's consent motion for enlargement of time, which sets Defendant's deadline for its renewed motion for January 6, 2023. *See* Nov. 29, 2022 Order.

There is good cause for the requested stay. The undersigned Assistant United States Attorney ("AUSA") has conferred with Plaintiff's counsel regarding potential resolution of this case without the need for further litigation and the Parties have reached an agreement in

- 2 -

principle. A stay of the proceedings for thirty days to will ultimately assist the Court with its resolution of the case and promote judicial economy. This motion is filed in good faith and not for purposes of gaining any unfair advantage through delay. While there are other deadlines in this case, should the Parties not ultimately settle the matter, they will endeavor to reach mutual agreement on a proposed briefing schedule for Defendant's renewed motion for summary judgment upon expiration of the stay.

For these reasons, Defendant requests that the Court stay proceedings for thirty days, to February 6, 2023. A proposed order is attached.

| | |
|---|---|
| Dated: January 5, 2023<br>Washington D.C. | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Dedra S. Curteman*<br>DEDRA S. CURTEMAN<br>Assistant United States Attorney<br>601 D Street N.W.<br>Washington DC 20530<br>Telephone: (202) 252-2550<br>dedra.curteman@usdoj.gov<br><br>*Counsel for Defendant* |