UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN WILSON COWAN,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 21-0895 (RMM)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

\*     \*     \*

- 2 -

Date:  January 31, 2023

By: /s/  Arthur V. Belendiuk
Arthur Belendiuk
Smithwick & Belendiuk, P.C.
5028 Wisconsin Avenue, N.W., Suite 301
Washington, D.C. 20016
(202) 363-4559
abelendiuk@fccworld.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 252-2550
Email:  dedra.curteman@usdoj.gov

*Counsel for Defendant*